OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 6, 2024

Samuel Weiss
Rights Behind Bars
416 Florida Avenue NW
Unit 26152
Washington, DC 20001

RE: John Alexander v. B. Myers, et al
Case Number: 24-1239
District Court Case Number: 3-22-cv-01195

Dear Counsel:

Please make sure the following documents are filed electronically in the above-entitled case:

**Concise Summary of the Case**
**Information Statement**
**Transcript Purchase Order Form**

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

For the Court,

s/ Patricia S. Dodszuweit
Clerk

s/ Pamela- Case Manager

cc:
Michael J. Scarinci, Esq.