UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1239

_____

JOHN ALEXANDER,

Appellant

v.

B. MYERS, Corrections Lieutenant - SCI-Smithfield; E SPECK, Corrections
Lieutenant - SCI Smithfield; D WISER, Corrections Lieutenant- SCI-Smithfield;
S. ELLENBERGER, Hearing Examiner- SCI-Smithfield;
K. KIFER, Inmate Accounts Supervisor/Specialist SCI-Smithfield;
J. TAYLOR, Corrections Officer SCI-Smithfield;
C. GREENLEAF, CORRECTIONS OFFICER SCI-SMITHFIELD

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court No. 3:22-cv-01195)
District Judge: Honorable Robert D. Mariani

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
February 10, 2026

_____

Before:  CHAGARES, Chief Judge, SCIRICA* and RENDELL, Circuit Judges

_____

JUDGMENT

_____

This cause came to be considered on appeal from the United States District Court

for the Middle District of Pennsylvania and was submitted on February 10, 2026.

_____

* The Honorable Anthony J. Scirica was unavailable to participate in the decision in this
case after submission to the merits panel.  The opinion in this matter was filed by a
quorum of the panel pursuant to 28 U.S.C. § 46(d) and 3d Cir. I.O.P. 12.1(b).

On consideration whereof, it is hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered on January 16, 2024, is hereby REVERSED and REMANDED.  Costs shall not be taxed.  All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 3, 2026