UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 24-1239

---

JOHN ALEXANDER,
Appellant

v.

B. MYERS, Corrections Lieutenant - SCI-Smithfield; E SPECK, Corrections Lieutenant - SCI Smithfield; D WISER, Corrections Lieutenant- SCI-Smithfield; S. ELLENBERGER, Hearing Examiner- SCI-Smithfield; K. KIFER, Inmate Accounts Supervisor/Specialist SCI-Smithfield; J. TAYLOR, Corrections Officer SCI-Smithfield; C. GREENLEAF, CORRECTIONS OFFICER SCI-SMITHFIELD

---

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court No. 3:22-cv-01195)
District Judge: Honorable Robert D. Mariani

---

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
February 10, 2026

---

Before: CHAGARES, Chief Judge, SCIRICA[*] and RENDELL, Circuit Judges

---

JUDGMENT

---

This cause came to be considered on appeal from the United States District Court for the Middle District of Pennsylvania and was submitted on February 10, 2026.

---

[*] The Honorable Anthony J. Scirica was unavailable to participate in the decision in this case after submission to the merits panel. The opinion in this matter was filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) and 3d Cir. I.O.P. 12.1(b).

On consideration whereof, it is hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered on January 16, 2024, is hereby REVERSED and REMANDED. Costs shall not be taxed. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 3, 2026

**Certified as a true copy and issued in lieu of a formal mandate on** August 25, 2026

**Teste:**
**Clerk, U.S. Court of Appeals for the Third Circuit**